**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RICHARD ROST & JOYCE ROST,   : No. 309 EAL 2014
              :
     Respondent   :
              : Petition for Allowance of Appeal from the
              : Order of the Superior Court
     v.       :
              :
              :
FORD MOTOR COMPANY,    :
              :
     Petitioner    :

**ORDER**

**PER CURIAM**

  **AND NOW**, this 6th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issues, as stated by Petitioner, are:

  (1)  Whether—contrary to Howard, Betz, and Gregg—a plaintiff in an asbestos action may satisfy the burden of establishing substantial-factor causation by an expert's "cumulative-exposure" theory that the expert concedes is simply an "any-exposure" theory by a different name[?]

  (2)  Whether the Philadelphia Court of Common Pleas' mandatory practice of consolidating unrelated asbestos cases—even where the defendants suffer severe prejudice as a result—is consistent with the Pennsylvania Rules of Civil Procedure and Due Process; whether consolidation in this case was proper; and whether the Superior Court has the authority to review a trial court's case-consolidation decisions in asbestos cases[?]